Fill in this information to identify the case:

United States Bankruptcy Court for the:

District of Maine

Case number (If known): _____  Chapter  11

☐ Check if this is an amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. Debtor's name | Sandy Pines, LLC | |
| 2. All other names debtor used in the last 8 years<br>Include any assumed names, trade names, and *doing business as* names | Sandy Pines Campground | |
| 3. Debtor's federal Employer Identification Number (EIN) | 82-2746331 | |
| 4. Debtor's address | **Principal place of business**<br><br>227 Mills Road<br>Number        Street<br><br><br>Kennebunkport    ME    04046<br>City             State   ZIP Code<br><br>York County<br>County | **Mailing address, if different from principal place of business**<br><br>2 Livewell Drive<br>Number        Street<br><br>Suite 201<br>P.O. Box<br><br>Kennebunk    ME    04043<br>City             State   ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number        Street<br><br><br>City             State   ZIP Code |
| 5. Debtor's website (URL) | https://sandypinescamping.com/ | |
| 6. Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Official Form 201                    Voluntary Petition for Non-Individuals Filing for Bankruptcy                    page 1

| Debtor | Sandy Pines, LLC | Case number (if known) |
|---|---|---|
| | Name | |

7. **Describe debtor's business**

   A. *Check one:*
   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☒ None of the above

   B. *Check all that apply:*
   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
   7212

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   ☐ Chapter 7
   ☐ Chapter 9
   ☒ Chapter 11. *Check all that apply:*
   　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
   　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
   　　☐ A plan is being filed with this petition.
   　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No
   ☐ Yes. District _____ When __ MM / DD / YYYY __ Case number _____
   　　　　District _____ When __ MM / DD / YYYY __ Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☒ No
    ☐ Yes. Debtor _____ Relationship _____
    　　　　District _____ When __ MM / DD / YYYY __
    　　　　Case number, if known _____

Official Form 201　　Voluntary Petition for Non-Individuals Filing for Bankruptcy　　page 2

| Debtor | Sandy Pines, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
Number    Street

_____
City                State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☑ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Debtor | Sandy Pines, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING —** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/20/2026
            MM / DD / YYYY

X _____     Timothy Harrington
Signature of authorized representative of debtor     Printed name

Title  Managing Member

**18. Signature of attorney**

X /s/ Sam Anderson                   Date  02/23/2026
Signature of attorney for debtor            MM / DD / YYYY

Sam Anderson
Printed name

Bernstein Shur Sawyer & Nelson, P.A.
Firm name

100 Middle Street P.O. Box 9729
Number    Street

Portland                              ME         04101
City                                  State      ZIP Code

2077741200                            sanderson@bernsteinshur.com
Contact phone                         Email address

9809                                  ME
Bar number                            State

**United States Bankruptcy Court**

| IN RE: | Case No._____ |
|---|---|
| Sandy Pines, LLC | Chapter  11 |

# LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Tim Harrington<br>2 Livewell Drive Suite 201, Kennebunk, ME 04043 | 100 | Shareholder |

## SANDY PINES, LLC

## UNANIMOUS WRITTEN CONSENT OF SOLE MEMBER AND MANAGER

### February 20, 2026

The undersigned, being the sole member and manager (the "**Member**") of Sandy Pines, LLC (the "**Company**"), in accordance with the Limited Liability Company Agreement (as may be amended from time to time) of the Company, hereby unanimously adopts and consents to the following actions and resolutions of the Company:

| | |
|---|---|
| **WHEREAS:** | The Member has reviewed and considered the financial and operating condition of the Company, including the historical performance of the Company, its assets, its current and long-term liabilities, the market for its assets, credit market conditions, and macroeconomic conditions impacting the Company, and the Member being apprised of the efforts to reorganize the Company; and further |
| **WHEREAS:** | The Member has determined it desirable and in the best interests of the Company, and its creditors, and other interested parties, that a petition be filed by the Company seeking relief under the provisions of Chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") and to pursue a reorganization of the Company; and further |
| **RESOLVED:** | That the Company be and hereby is authorized and empowered to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Maine or any other appropriate bankruptcy court (the "**Bankruptcy Court**") at such time as the Company shall determine and in such form or forms as the Company may approve; and further |
| **RESOLVED:** | That Timothy Harrington (an "**Authorized Party**"), acting individually and as Member, is authorized on behalf of, and in the name of, the Company to execute and file any and all petitions, schedules, motions, lists, applications, pleadings and other papers, to take any and all such other and further actions which the Company or its legal counsel may deem necessary or appropriate to file the voluntary petition for relief under Chapter 11, and to take and perform any and all further acts and deeds which they deem necessary, proper and desirable in connection with the Chapter 11 case, with a view to the successful prosecution of such case, including, without limitation, seeking authority to borrow under a pre or post-petition credit facility, to |

|  |  |
|---|---|
| | grant liens and other security therefor, to sell assets, and to file and prosecute a plan of reorganization or liquidation; and further, |
| **RESOLVED:** | That the Authorized Party is hereby authorized and directed to take such actions and to make, sign, execute, acknowledge and deliver (and record in a relevant office of the county clerk, if necessary) any and all such documents listed above (including exhibits thereto), including any and all affidavits, orders, directions, certificates, requests, receipts, financing statements, bills of sale, assignment agreements, leases, or other instruments as may reasonably be required to give effect to these resolutions, and to execute and deliver such agreements (including exhibits thereto) and related documents, and to fully perform the terms and provisions thereof; and further, |
| **RESOLVED:** | That the Company be and hereby is authorized to retain the law firm of Bernstein, Shur, Sawyer & Nelson, P.A. ("**BSSN**") as general bankruptcy counsel to the Company in connection with the chapter 11 case if the Company determines that the filing of a voluntary petition for relief is appropriate, and to pay BSSN at its standard hourly rates in connection with its representation of the Company, and to provide BSSN with a retainer in an amount to be agreed upon by BSSN and the Company, and to reimburse BSSN for any actual expenses incurred in connection with its employment by the Company, and that the Company is authorized to retain and compensate such other professionals in addition to BSSN in the Chapter 11 case as may be determined by the Company. |

Date: 02.20.2026

By: _____
Name: Timothy Harrington
Title: Sole Member and Manager of Sandy Pines, LLC

**Fill in this information to identify the case and this filing:**

Debtor Name: Sandy Pines, LLC

United States Bankruptcy Court for the: District of Maine

Case number (*If known*): _____

## Official Form 202
### Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ❏ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ❏ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ❏ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ❏ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ❏ *Schedule H: Codebtors* (Official Form 206H)
- ❏ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ❏ Amended *Schedule* ____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ❏ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02.20.2026
MM / DD / YYYY

X _____
Signature of individual signing on behalf of debtor

Timothy Harrington
Printed name

Managing Member
Position or relationship to debtor

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

Debtor name: Sandy Pines, LLC

United States Bankruptcy Court for the: District of Maine

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Town of Kennebunkport<br>6 Elm Street<br>Kennebunkport, ME, 04046 | 207-967-8470 | Taxes & Other Government Units | | | | 7,492.48 |
| 2 | Spectrum Business<br>P.O. Box 6030<br>Carol Stream, IL, 60197-6030 | resibankruptcy@charter.com; | Services | | | | 2,732.76 |
| 3 | The Chamber<br>P.O. Box 740<br>Kennebunk, ME, 04043 | members@gokennebunks.com; | Services | | | | 2,228.00 |
| 4 | Central Maine Power<br>P.O. Box 847810<br>Boston, MA, 02284-7810 | info@cmp.com; | Utility Services | | | | 1,501.12 |
| 5 | Albin Randall & Bennett<br>P.O. Box 445<br>Portland, ME, 04112-0445 | John Hadwen<br>jhadwen@arbcpa.com; | Services | | | | 580.00 |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor **Sandy Pines, LLC**
Name

Case number (*if known*)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

United States Bankruptcy Court
District of Maine

In re: Sandy Pines, LLC

Case No.

Chapter 11

Debtor(s)

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 02.20.2026

_____
Signature of Individual signing on behalf of debtor

Managing Member
Position or relationship to debtor

Albin Randall & Bennett
P.O. Box 445
Portland, ME 04112-0445


American Express
P.O. Box 650448
Dallas, TX 75265-0448


Atlantic Hospitality, LLC
2 Livewell Drive
Suite 201
Kennebunk, ME 04043


Authorize.net
P.O. Box 947
American Fork, UT 84003


Bangor Savings Bank
P.O. Box 930
Bangor, ME 04402


Business Track
1000 Continental Dr
King Of Prussia, PA 19406


CampSpot
P.O. Box 201850
Dallas, TX 75320-1850


Central Maine Power
P.O. Box 847810
Boston, MA 02284-7810


Consolidated Communications
P.O. Box 70347
Philadelphia, PA 19176-0347


Eastern Propane
P.O. Box 1800
Rochester, NH 03866

```
Internal Revenue Services
Attn: Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346


Jeremy R. Fischer
P.O. Box 9546
Portland, ME 04112-9546


Johnson & Johnson Inc.
P.O. Box 26009
Greensboro, NC 27420


Kennebunk, Kennebunkport, and Wells
Water District
P.O. Box 88
Kennebunk, ME 04043-0088


LightSpeed
700 St-Antoine Est
Montreal, Quebec, Canada,  H2Y 1A6


Maine Revenue Services
c/o John Burke, Esq.
6 State House Station
Augusta, ME 04333


Maine Revenue Services
51 Commerce Dr
Augusta, ME 04333


MutualOne Bank
828 Concord Street
Framingham, MA 01701


Nexamp Inc.
101 Summer Street
2nd Floor
Boston, MA 01110
```

Office of U.S. Attorney
100 Middle Street
East Tower, 6th Floor
Portland, ME 04101


Office of U.S. Trustee
537 Congress Street
Suite 300
Portland, ME 04101


Resnexus
185 East 200
Salem, UT 84653


Saco & Biddeford Savings Bank
50 Industrial Park Road
Saco, ME 04072


Spectrum Business
P.O. Box 6030
Carol Stream, IL 60197-6030


The Chamber
P.O. Box 740
Kennebunk, ME 04043


The Huntington National Bank
11100 Wayzata Blvd
Suite 700
Hopkins, MN 55305


Tim Harrington
2 Livewell Drive
Suite 201
Kennebunk, ME 04043


Town of Kennebunkport
6 Elm Street
Kennebunkport, ME 04046