orecusal(10/24)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

In re:                                            Chapter 11

Sandy Pines, LLC                  Case No. 26–20038

     Debtor(s)

## ORDER OF RECUSAL

I hereby recuse myself from this case. The Clerk shall reassign the case to another judge.

Any scheduled hearings may be rescheduled, as needed, by the judge to whom the case is reassigned.

**Dated: 2/24/26**

                                         /s/ Peter G. Cary
                                         **U.S. Bankruptcy Judge**