# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MAINE

In re:

SANDY PINES, LLC,

Debtor.

Chapter 11
Case No. 26-20038

## BANGOR SAVINGS BANK'S DESIGNATION OF POTENTIAL WITNESSES

PLEASE TAKE NOTICE that, pursuant to the deadline set in paragraph 3(b) of the *Order Establishing Schedule for Contested Matter* [Dkt No. 44] (the "Scheduling Order"), Bangor Savings Bank (the "Senior Lender") hereby designates the following potential witnesses related to the hearing scheduled for April 3, 2026 at 9:30 a.m. (the "Hearing"). For the avoidance of doubt, by listing a potential witness below, the Senior Lender is not representing that it will call the witness at the Hearing. The Senior Lender will file a final list of witnesses, including a brief summary of the expected testimony from each witness, by the deadline set by paragraph 4(a) of the Scheduling Order:

1. Mark Judge
   Bangor Savings Bank
   c/o Undersigned Counsel

2. Jeff Mayer
   Newmark Valuation & Advisory
   c/o Undersigned Counsel

3. Timothy Harrington

4. Rule 30(b)(6) Designee(s) of Debtor

5. Rule 30(b)(6) Designee(s) of Atlantic Hospitality

6. Rule 30(b)(6) Designee(s) of Albin, Randall & Bennett

7. Rule 30(b)(6) Designee(s) of MutualOne Bank

8. Rule 30(b)(6) Designee(s) of Any Entities Controlled by Timothy Harrington that Received Potentially Avoidable Transfers from the Debtor

25425836.1

PLEASE TAKE FURTHER NOTICE that as to any witnesses beyond the 100-mile limit set forth in Fed. R. Civ. P. 45(c) who cannot be compelled to attend the Hearing, the Senior Lender may take depositions of such potentially unavailable witnesses by video deposition so that it may be available for admission under Fed. R. Evid. 804.  See Official Committee of Unsecured Creditors v. CalPERS Corporate Partners, LLC, No. 1:18-cv-68-NT, 2021 WL 3081880 (D. Me. July 10, 2021).

Dated: March 9, 2026

Respectfully submitted,

/s/ Jeremy R. Fischer
Jeremy R. Fischer
Bodie B. Colwell
**PRETI FLAHERTY**
One City Center, P.O. Box 9546
Portland,  Maine  04112-9546
(207) 791-3000
jfischer@preti.com
bcolwell@preti.com

*Counsel to Bangor Savings Bank*

25425836.1