**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SANDY PINES, LLC,**[1] | **Case No. 26-20038** |
| **Debtor.** | |

### <u>DEBTOR'S DESIGNATION OF WITNESSES FOR APRIL 3, 2026 HEARING</u>

Sandy Pines, LLC, the above-captioned debtor and debtor-in-possession (the "**Debtor**"), designates the following witnesses in accordance with this Court's Order Establishing Schedule for Contested Matter [DE 44]:

1.      Timothy Harrington;

2.      Valerie Gendron;

3.      Justin Grimes;

4.      Adam Buchman (Colliers International Valuation & Advisory Services);[2]

5.      All witnesses called by any other party at the hearing; and

6.      Any witnesses necessary for rebuttal depending upon the witnesses and evidence presented by other parties at the hearing.

The Debtor reserves the right not to call any witness designated on this witness list and to supplement the witness list in advance of the hearing.

---

[1] The last four digits of Sandy Pines, LLC's federal taxpayer identification number are 6331, and its principal place of business is 2 Livewell Drive, Suite 201, Kennebunk, ME 04043.

[2] Mr. Buchman is not subject to the control of the Debtor, and the Debtor does not represent that Mr. Buchman will volunteer to testify at the hearing.

Dated:   March 9, 2026

Respectfully submitted,

**BERNSTEIN, SHUR, SAWYER & NELSON, P.A.**

*/s/ D. Sam Anderson*

D. Sam Anderson, Esq.
Adam R. Prescott, Esq.
100 Middle Street
PO Box 9729, Portland, Maine 04104
Telephone: (207) 774-1200
Facsimile: (207) 774-1127
sanderson@bernsteinshur.com
aprescott@bernsteinshur.com

Proposed Counsel to the Debtor and Debtor in Possession

2