# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0100–2 | User: admin | Date Created: 4/30/2026 |
| Case: 26–20038 | Form ID: pdf900 | Total: 18 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of U.S. Trustee | ustpregion01.po.ecf@usdoj.gov |
| aty | Adam R. Prescott, Esq. | aprescott@bernsteinshur.com |
| aty | Ann Marie Dirsa, Esq. | ann.marie.dirsa@usdoj.gov |
| aty | Anthony J. Manhart, Esq. | tmanhart@perkinsthompson.com |
| aty | Bodie B. Colwell, Esq. | bcolwell@preti.com |
| aty | Bridget S Dornbach | bridgetdornbach@gmail.com |
| aty | D. Sam Anderson, Esq. | sanderson@bernsteinshur.com |
| aty | Fred W. Bopp, III, Esq. | fbopp@boppguecia.com |
| aty | George W. Tetler, III | gtetler@princelobel.com |
| aty | Jeremy R Fischer | jfischer@preti.com |
| aty | Mark W. Powers | mpowers@princelobel.com |
| aty | Micah A. Smart, Esq. | msmart@mpmlaw.com |
| aty | Sandra Nicholls, Esq. | sandra.nicholls@usdoj.gov |

TOTAL: 13

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | |
|---|---|
| db | Sandy Pines, LLC    2 Livewell Drive    Suite 201    Kennebunk, ME 04043 |
| cr | MutualOne Bank    Perkins Thompson, PA    200 Middle Street, 9th Floor    PO Box 426    Portland    ME, 04101 UNITED STATES |
| cr | Saco Biddeford Savings Institution    50 Industrial Park Road    Saco, ME 04072 |
| aty | Louis M. Ciavarra, Esq.    Prince Lobel Tye LLP    One Mercantile Street    Suite 220    PO Box 15156    Worcester, MA 01608 |
| smg | State of Maine    Bureau of Revenue Services    Compliance Division Bankruptcy Unit    P.O. Box 1060    Augusta, ME 04332 |

TOTAL: 5