## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MAINE

|  |  |
|---|---|
| **In re:** | **Chapter 11** |
| **SANDY PINES, LLC,**[1] | **Case No. 26-20038** |
| **Debtor.** | |

## DEBTOR'S NOTICE DESIGNATING SUCCESSFUL BID AND BACKUP BID

**PLEASE TAKE NOTICE** that in accordance with the *Order Approving Bid Procedures and Related Relief* [Docket No. 120] (the "**Bid Procedures Order**"), Sandy Pines, LLC, the above-captioned debtor and debtor-in-possession (the "**Debtor**"), designates the following as the Successful Bid and the Backup Bid (each term as defined in the Bid Procedures Order):

1.  **Successful Bid**: *Campground Purchase and Sale Agreement* between Streamside Signature Acquisitions, LLC and the Debtor, attached hereto as **Exhibit A**; and

2.  **Backup Bid**: *Campground Purchase and Sale Agreement* between Star Mesa Properties, LLC and the Debtor, attached hereto as **Exhibit B**.

Dated:   June 1, 2026

Respectfully submitted,
**BERNSTEIN, SHUR, SAWYER & NELSON, P.A.**

*/s/ Adam R. Prescott*
D. Sam Anderson, Esq.
Adam R. Prescott, Esq.
100 Middle Street
PO Box 9729, Portland, Maine 04104
Telephone: (207) 774-1200
Facsimile: (207) 774-1127
sanderson@bernsteinshur.com
aprescott@bernsteinshur.com

Counsel to the Debtor and Debtor in Possession

---

[1] The last four digits of Sandy Pines, LLC's federal taxpayer identification number are 6331, and its principal place of business is 2 Livewell Drive, Suite 201, Kennebunk, ME 04043.