**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

|  |  |
|---|---|
| **In re:** | **Chapter 11** |
| **SANDY PINES, LLC,** | **Case No. 26-20038** |
| **Debtor.[1]** | |

**CERTIFICATE OF SERVICE**

I, Katherine Flynn, being over the age of eighteen and an employee of Bernstein, Shur, Sawyer & Nelson, P.A., in Portland, Maine, hereby certify that, on June 1, 2026, the *Debtor's Notice Designating Successful Bid and Backup Bid* (with attachments: *Exhibit A – Successful Bid, Exhibit B – Backup Bid*) [Docket No. 153] (the "**Notice of Successful Bid**") was filed via the Court's CM/ECF electronic filing system ("**CM/ECF**"), which sent notice to all parties receiving notification through the CM/ECF.

I further certify that on June 3, 2026, the following documents were filed via the Court's CM/ECF:

- *Updated Notice of Sale Hearing and Proposed Sale of Substantially All Assets of Debtor and Proposed Assignment of Certain Contracts and Leases* (with attachment: *Exhibit 1 – List of Potentially Assume Contracts and Leases*) [Docket No. 154] (the "**Notice of Hearing**"); and

- *Proposed Order Granting Debtor's Motion for Authority to Sell Substantially All Assets Free and Clear and to Assume and Assign Certain Executory Contracts and Unexpired*

---

[1] The last four digits of Sandy Pines, LLC's federal taxpayer identification number are 6331, and its principal place of business is 2 Livewell Drive, Suite 201, Kennebunk, ME 04043.

*Leases to Streamside Signature Acquisitions, LLC* (with attachment: *Exhibit A – Campground Purchase and Sale Agreement*) [Docket No. 155] (the "**Proposed Order**").

I further certify that the Notice of Successful Bid, Notice of Hearing, and Proposed Order were served via electronic mail or facsimile on June 3 and June 4, 2026, upon the parties set forth in the attachment hereto.

I further certify that on June 4, 2026, I caused to be mailed the Notice of Hearing via U.S. First Class Mail upon the parties set forth in the attachment hereto.

Dated: June 3, 2026

/s/ Katherine Flynn
Katherine Flynn
BERNSTEIN, SHUR, SAWYER & NELSON, P.A.
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029
Tel: (207) 774-1200

**SERVICE LIST**

**The Notice of Successful Bid, Notice of Hearing, and Proposed Order were served upon the following parties via electronic mail or facsimile on June 3 and June 4, 2026:**

| NAME | EMAILS | DATE OF SERVICE |
|---|---|---|
| 1-800- Pack-Rat, LLC | marketing@1800packrat.com; | 06/03/2026 |
| Albin Randall & Bennett | jhadwen@arbcpa.com; | 06/03/2026 |
| American Express | americanexpress@email.americanexpress.com; americanexpress@response.americanexpress.com; | 06/03/2026 |
| Anthony J. Manhart, Esq. | tmanhart@perkinsthompson.com; | 06/03/2026 |
| Authorize.net | support@authorize.net; | 06/03/2026 |
| Bangor Savings Bank | Mark.Judge@Bangor.com; | 06/03/2026 |
| Bodie Colwell, Esq. | bcolwell@preti.com; | 06/03/2026 |
| Business Track | dpo@fiserv.com; | 06/03/2026 |
| CampSpot | help@campspot.com; | 06/03/2026 |
| Central Maine Power | customer.service@cmpco.com; | 06/03/2026 |
| Consolidated Communications | social@fidium.com; | 06/03/2026 |
| Eastern Propane | cs@eastern.com; | 06/03/2026 |
| Fiserv Inc. | john.moncavage@fiserv.com; | 06/04/2026 |
| Fred Bopp, III | fbopp@boppguecia.com; | 06/03/2026 |
| Great Works Internet | gwi-billing@staff.gwi.net; | 06/03/2026 |
| Internal Revenue Services | Scott.miller@irs.gov; 18553839723@fax.bssn.com; | 06/03/2026 |
| Jeremy R. Fischer | jfischer@preti.com; | 06/03/2026 |
| Johnson & Johnson Inc. | finance@jjpf.com; | 06/03/2026 |
| Kennebunk, Kennebunkport, and Wells Water District | customerservice@kkw.org; | 06/03/2026 |
| LightSpeed | hi@lightspeedhq.com; | 06/03/2026 |
| Maine Revenue Services | john.burke@maine.gov; | 06/03/2026 |

| | | |
|---|---|---|
| Maine Revenue Services | compliancebk.mrs@maine.gov; | 06/03/2026 |
| Micah A. Smart | msmart@sbsavings.bank; | 06/03/2026 |
| MutualOne Bank | 5086551183@fax.bssn.com; | 06/03/2026 |
| Nexamp Inc. | support@nexamp.com; | 06/03/2026 |
| Office of U.S. Attorney | usame-bankruptcynotice@usdoj.gov; 2077803304@fax.bssn.com; | 06/03/2026 |
| Office of U.S. Trustee | ann.marie.dirsa@usdoj.gov; sandra.nicholls@usdoj.gov; | 06/03/2026 |
| Reliable Networks | helpdesk@reliablenetworks.com; | 06/03/2026 |
| Resnexus | support@resnexus.com; | 06/03/2026 |
| Saco & Biddeford Savings Bank | loanservicing@sbsavings.bank; | 06/03/2026 |
| Spectrum | resibankruptcy@charter.com; | 06/03/2026 |
| Sysco Corporation | info@nne.sysco.com; | 06/03/2026 |
| The Chamber | members@gokennebunks.com; | 06/03/2026 |
| The Huntington National Bank | bankruptcy@huntington.com; | 06/03/2026 |
| Town of Kennebunkport | 2079678470@fax.bssn.com; | 06/03/2026 |
| UnitedHealthcare | supportedi@uhc.com; | 06/03/2026 |
| WebFones Cloud, LLC | admin@webfones.com; | 06/03/2026 |

**The Notice of Hearing was served upon the following parties via U.S. First Class Mail on June 4, 2026:**

See attached matrix.

4

1-800-Pack-Rat, LLC
11640 Northpark Dr.
Suite 300
Wake Forest, NC 27587

Albin Randall & Bennett
P.O. Box 445
Portland, ME 04112-0445

American Express
P.O. Box 981535
El Paso, TX 79998

Ann Marie Dirsa, Esq.
Dept. Of Justice, Office of the US Trustee
53 Pleasant Street, Suite 2300
Concord, NH 03301

Anthony J. Manhart, Esq.
Perkins Thompson, PA
PO Box 426
Portland, ME 04112

Atlantic Hospitality, LLC
2 Livewell Drive
Suite 201
Kennebunk, ME 04043

Authorize.net
P.O. Box 947
American Fork, UT 84003

Bangor Savings Bank
P.O. Box 930
Bangor, ME 04402

Bodie Colwell, Esq.
P.O. Box 9546
Porland, ME 04112

Business Track
1000 Continental Dr, Suite 300
King Of Prussia, PA 19406

CampSpot
P.O. Box 201850
Dallas, TX 75320-1850

Central Maine Power
P.O. Box 847810
Boston, MA 02284-7810

Consolidated Communications
P.O. Box 70347
Philadelphia, PA 19176-0347

Eastern Propane
P.O. Box 1800
Rochester, NH 03866

Fred Bopp III, Esq.
Bopp & Guecia
121 Main St.
Yarmouth, ME 04096

Gift Certificates
2 Livewell Drive,
Suite 201
Kennebunk, ME 04043

Great Works Internet
40 Main Street
Suite 13-127
Biddeford, ME 04005

Internal Revenue Services
Attn: Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101

Jeremy R. Fischer
Preti Flaherty
P.O. Box 9546
Portland, ME 04112-9546

Johnson & Johnson Inc.
P.O. Box 26009
Greensboro, NC 27420

Kennebunk, Kennebunkport, and Wells
Water District
P.O. Box 88
Kennebunk, ME 04043-0088

LightSpeed
700 St-Antoine Est
Montreal, Quebec, Canada,  H2Y 1A6

Maine Revenue Services
c/o John Burke, Esq.
6 State House Station
Augusta, ME 04333

Maine Revenue Services
51 Commerce Dr
Augusta, ME 04333

Micah A. Smart, Esq.
Saco & Biddeford Savings Institution
50 Industrial Park Road
Saco, ME 04072

MutualOne Bank
828 Concord Street
Framingham, MA 01701

Nexamp Inc.
101 Summer Street
2nd Floor
Boston, MA 01110

Office of U.S. Attorney
100 Middle Street
East Tower, 6th Floor
Portland, ME 04101

Office of U.S. Trustee
537 Congress Street
Suite 300
Portland, ME 04101

Reliable Networks
6 Shepherds Way
Biddeford, ME 04005

Reservation Deposits for 2026 Season
2 Livewell Drive,
Suite 201
Kennebunk, ME 04043

Resnexus
185 East 200
Salem, UT 84653

Saco & Biddeford Savings Bank
50 Industrial Park Road
Saco, ME 04072

Sandra Nicholls, Esq.
Dept. of Justice, Office of the US Trustee
5 Post Office Square, Suite 1000
Boston, MA 02109

Spectrum Business
P.O. Box 6030
Carol Stream, IL 60197-6030

Sysco Corporation
Attn: Treasury Department
1390 Enclave Parkway
Houston, TX 77077

The Chamber
P.O. Box 740
Kennebunk, ME 04043

The Huntington National Bank
11100 Wayzata Blvd
Suite 700
Hopkins, MN 55305

Tim Harrington
2 Livewell Drive
Suite 201
Kennebunk, ME 04043

Town of Kennebunkport
6 Elm Street
Kennebunkport, ME 04046

UnitedHealthcare
Market VP MN101-D003
9700 Health Care Lane
Minnteonka, MN 55343

WebFones Cloud, LLC
505 Beachland Blvd. Suite 262
Vero Beach, FL 32963

Ohio Mutual Insurance Group, Inc.
1725 Hopley Ave.,
P.O. Box 111
Bucyrus, Ohio 44820

Cintas Corporation
6800 Cintas Blvd.,
Mason, OH 45040

First Data Merchant Services LLC
5565 Glenridge Connector NE
Suite 2000
Atlanta, GA 30342