**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| SANDY PINES, LLC, | Case No. 26-20038 |
| Debtor. | |

**APPEARANCE AND REQUEST FOR NOTICE**

Please enter the appearance of the following counsel on behalf of Streamside Signature Acquisitions, LLC:

Kellie W. Fisher
**DRUMMOND WOODSUM**
84 Marginal Way, Suite 600
Portland ME 04101-2480
kfisher@dwmlaw.com

The undersigned hereby requests copies of all notices, papers and orders required to be given or served in accordance with the Federal Rules of Bankruptcy Procedure and, in addition, copies of all pleadings, notices of any applications, motions, petitions, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, electronically, telegram, telex or otherwise, filed by any party in the above-captioned proceeding.

Dated: June 8, 2026

/s/ Kellie W. Fisher
Kellie W. Fisher
**DRUMMOND WOODSUM**
84 Marginal Way, Suite 600
Portland, Maine 04101-2480
Telephone: (207) 772-1941
E-mail: kfisher@dwmlaw.com

*Counsel to Streamside Signature Acquisitions, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served the foregoing document via this Court's CM/ECF system

on all parties requesting CM/ECF notice in this bankruptcy proceeding.


Dated:  June 8, 2026                                    */s/ Kellie W. Fisher*