# *Proceeding Minutes / Proceeding Memo*

*Case #:* 26-20038          *Case Name:* Sandy Pines, LLC

*Set:* 06-09-2026 9:00AM          *Chapter:* 11          *Type:* bk          *Judge:* Michael A. Fagone

*Matter:* Doc# 98 MOTION FOR ENTRY OF ORDER APPROVING BID PROCEDURES, APPROVING SALE, AUTHORIZING ASSUMPTION OF CONTRACTS AND LEASES

---

Minute Entry: Appearances:  Fred W. Bopp, III, Esq., Kellie W. Fisher, Esq., George W. Tetler, III, Esq., Sandra Nicholls, Esq., Adam R. Prescott, Esq., Jeremy R Fischer, Esq, Micah A. Smart, Esq. (related document(s):98 Motion to Sell Filed by Debtor Sandy Pines, LLC). Hearing held on remaining relief requested in motion.  As set forth on the record, such relief will be granted via separate order.  Debtor to file further revised proposed order and to email Word version of that proposed order to Proposed_Orders@meb.uscourts.gov.   (mcd)