**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SANDY PINES, LLC,**[1] | **Case No. 26-20038** |
| **Debtor.** | |

## NOTICE OF FILING OF SETTLEMENT STATEMENT

**PLEASE TAKE NOTICE** that in accordance with Paragraph 31 of the *Order Granting Debtor's Motion for Authority to Seller Substantially All Assets Free and Clear and to Assume and Assign Certain Executory Contracts and Unexpired Leases to Streamside Signature Acquisitions, LLC* [Dkt. No. 167], attached hereto as **Exhibit A** is a copy of the final settlement statement from the closing.

Dated: July 29, 2026

Respectfully submitted,

**BERNSTEIN, SHUR, SAWYER & NELSON, P.A.**

*/s/ Adam R. Prescott*
Adam R. Prescott, Esq.
D. Sam Anderson, Esq.
100 Middle Street, PO Box 9729
Portland, Maine 04104
Telephone: (207) 774-1200
aprescott@bernsteinshur.com
sanderson@bernsteinshur.com

Counsel to the Debtor and Debtor in Possession

---

[1] The last four digits of Sandy Pines, LLC's federal taxpayer identification number are 6331, and its principal place of business is 2 Livewell Drive, Suite 201, Kennebunk, ME 04043.