

**EXHIBIT**

A

CLOSING STATEMENT

| PROPERTY: | Sandy Pines Campground |
| | 277 Mills Road |
| | Kennebunkport, Maine |

| SELLER: | Sandy Pines, LLC |

| BUYER: | Sandy Pines Camping, LLC |

| LENDER: | Camden National Bank |

| CLOSING DATE: | July 28, 2026 |

SELLER'S TRANSACTION:

| | | | |
|---|---|---|---|
| Sale Price. | | | $ 14,250,000.00 |
| | | | |
| Less: | | | |
| Transfer Tax | | exempt | |
| Bangor Savings Bank Payoff (per diem $2,186.74871) | | $ 10,797,946.05 | |
| Monument Title Company | | $ 500.00 | |
| Security Deposits | | NA | |
| Rent Prorations | | NA | |
| Customer Vouchers | | NA | |
| Water Charges[2] | | $ 5,515.24 | |
| | Total Deductions | | $ (10,803,961.29) |
| | | | |
| Plus: | | | |
| RE Tax Proration[1] | | $ 1,149.30 | |
| | Total Additions | $ | 1,149.30 |
| TOTAL DUE TO DEBTOR IN POSSESSION ACCOUNT: | | $ | 3,447,188.01 |

BUYER'S TRANSACTION:

| | | | |
|---|---|---|---|
| Purchase Price: | | | $ 14,250,000.00 |
| Less: | | | |
| Security Deposits | | NA | |
| Rent Prorations | | NA | |
| Customer Vouchers | | NA | |
| Deposit (held by MTC) | | $ 2,137,500.00 | |
| | Total Deductions | | $ (2,137,500.00) |
| Plus: | | | |
| Transfer Tax | | exempt | |
| Lender's Counsel Fees | | $ 18,475.00 | |
| RE Tax Proration[1] | | $ 1,149.30 | |
| Security Deposits | | $ - | |
| Blue Metric Group LLC (travel for diligence) | | $ 8,439.50 | |
| Streamside Parks, LLC (Inspection Report) | | $ 4,649.95 | |
| Streamside Parks LLC (travel for diligence) | | $ 3,851.00 | |
| Streamside Parks LLC (Phase I Review) | | $ 2,100.00 | |
| Streamside Parks LLC (Bank Account Initial Funding) | | $ 500.00 | |
| Streamside Parks LLC (onboarding) | | $ 150,000.00 | |
| Streamside Parks LLC (acquisition fee) | | $ 142,500.00 | |
| Princeton Capital Group (Mortgage Broker) | | $ 92,625.00 | |
| Sommer Jackson (closing fee) | | $ 2,000.00 | |
| Curated Capital, LLC (Support of Maine Acquisition) | | $ 3,525.00 | |
| Buyer's Legal Fees (DWM) | | $ 19,562.00 | |
| Buyer's Legal Fees (DW) | | $ 58,058.05 | |
| Blew and Associates PA | | $ 8,800.00 | |
| Zoning Certificate | | $ 400.00 | |
| Title Insurance | | $ 26,597.75 | |
| Recording Fees (Deed 2 pgs.) | | $ 120.00 | |
| Simplifile (E-Recording Fee) | | $ 17.25 | |
| | Total Additions: | $ | 543,369.80 |
| TOTAL DUE FROM BUYER: | | $ | 12,655,869.80 |

LOAN TRANSACTION

| | | | |
|---|---|---|---|
| Loan Amount | | | $ 9,262,500.00 |
| Good Faith Deposit | | | $ 20,000.00 |
| Less | | | |
| Appraisal Fee | $12,470.00 | | |
| Origination Fee | $46,312.50 | | |
| Environmental Screen | $59.00 | | |

CAP EX Funding to Camden             $500,000.00
Operating Cash Reserve               $150,000.00
Flood Certification                      $29.00
                        Loan Fees   -$708,870.50   Net Funded
NET LOAN PROCEEDS                                         $     8,573,629.50

INCOMING FUNDS:

| | | | |
|---|---|---|---|
| Monument Title Company (Deposit) | | $ | 2,137,500.00 |
| Camden Camden National Bank (Loan Funds) | | $ | 8,573,629.50 |
| Wire from Buyer | | $ | 4,082,240.30 |
| | Total | $ | 14,793,369.80 |

DISBURSEMENTS

| | | |
|---|---|---:|
| Debtor In Possession Account | $ | 3,447,188.01 |
| Bangor Savings Bank | $ | 10,797,946.05 |
| Bernstein Shur, Sawyer & Nelson [Seller's Legal Fees] | | POC |
| BMG LLC | $ | 8,439.50 |
| Streamside Parks LLC | $ | 303,600.95 |
| Princeton Capital Group | $ | 92,625.00 |
| Sommer Jackson | $ | 2,000.00 |
| Curated Capital, LLC (Support of Maine Acquisition) | $ | 3,525.00 |
| Blew and Associates PA | $ | 8,800.00 |
| Zoning Solutions [Zoning Certificate] | $ | 400.00 |
| Classic Title Co. [Title Insurance] | $ | 26,597.75 |
| Drummond Woodsum [Buyer's Legal Fees] | $ | 19,562.00 |
| Dickinson Wright PLLC [Buyer's Legal Fees] | $ | 58,058.05 |
| Jensen Baird [Lender's Legal Fees] | $ | 18,475.00 |
| Kennebunk, Kennebunkport & Wells Water District | $ | 5,515.24 |
| York County Registry of Deeds | $ | 120.00 |
| Monument Title Company | $ | 500.00 |
| Simplifile (E-Recording Fee) | $ | 17.25 |
| TOTAL CHECKS: | $ | 14,793,369.80 |

**Real Estate Taxes:**

Account No. 001805 RE

The property is identified on Tax Map/Lot: 032/001/003

| | | | | | |
|---|---|---|---|---|---|
| Real estate taxes for the period July 1, 2025-June 30, 2026 have been paid in full. | | | $ | 14,981.89 | |
| Tax proration | $ 14,981.89 divided by | 365 days equals | $ | 41.05 | per day |
| July 15, 2026 - June 30, 2026 equals | | 28 days | $ | 1,149.30 | |

**Water Charges:**

Account #202011-0

| | | | |
|---|---|---|---:|
| The water district reports a past due amount of | | $ | 1,095.52 |
| The final meter reading on July 28, 2026 was 920360, equaling an amount due of | | $ | 4,419.72 |
| | Total Amount Due | $ | 5,515.24 |

In order to complete the figures for the closing statement, it was necessary to obtain certain information concerning property taxes and other property related charges from municipal and/or other governmental authorities. Although every effort was made to obtain accurate information Bernstein, Shur, Sawyer & Nelson will not be responsible for the absolute accuracy of this information, including the method of proration of taxes which appear on this statement. The rights and liabilities of the seller and buyer with respect to such charges is wholly determined by the agreement between them. In the event that such information proves to be inaccurate, the seller and buyer will make any necessary adjustments between themselves as to monies due or owing.

BUYER:
SANDY PINES CAMPING, LLC

By: _____
Print Name Jon Milam
Title Chief Growth Officer

SELLER:
SANDY PINES, LLC

By: _____
Print Name
Title

LENDER:
CAMDEN NATIONAL BANK

By: _____
Print Name
Title

DISBURSEMENTS

| | | |
|---|---|---:|
| Debtor In Possession Account | $ | 3,447,188.01 |
| Bangor Savings Bank | $ | 10,797,946.05 |
| Bernstein Shur, Sawyer & Nelson [Seller's Legal Fees] | | POC |
| BMG LLC | $ | 8,439.50 |
| Streamside Parks LLC | $ | 303,600.95 |
| Princeton Capital Group | $ | 92,625.00 |
| Sommer Jackson | $ | 5,525.00 |
| Blew and Associates PA | $ | 8,800.00 |
| Zoning Solutions [Zoning Certificate] | $ | 400.00 |
| Classic Title Co. [Title Insurance] | $ | 26,597.75 |
| Drummond Woodsum [Buyer's Legal Fees] | $ | 19,562.00 |
| Dickinson Wright PLLC [Buyer's Legal Fees] | $ | 58,058.05 |
| Jensen Baird [Lender's Legal Fees] | $ | 18,475.00 |
| Kennebunk, Kennebunkport & Wells Water District | $ | 5,515.24 |
| York County Registry of Deeds | $ | 120.00 |
| Monument Title Company | $ | 500.00 |
| Simplifile (E-Recording Fee) | $ | 17.25 |
| TOTAL CHECKS | $ | 14,793,369.80 |

**Real Estate Taxes:**
**Account No. 001805 RE**

The property is identified on Tax Map/Lot  032/001/003

| | | | | |
|---|---|---|---|---:|
| Real estate taxes for the period July 1, 2025-June 30, 2026 have been paid in full. | | | $ | 14,981.89 |
| Tax proration: | $ 14,981.89  divided by | 365  days equals | $ | 41.05  per day |
| July 15, 2026 - June 30, 2026 equals | | 28  days | $ | 1,149.30 |

**Water Charges:**

Account #202011-0

| | | |
|---|---|---:|
| The water district reports a past due amount of | $ | 1,095.52 |
| The final meter reading on July 28, 2026 was 920360, equaling an amount due of | $ | 4,419.72 |
| Total Amount Due | $ | 5,515.24 |

In order to complete the figures for the closing statement, it was necessary to obtain certain information concerning property taxes and other property related charges from municipal and/or other governmental authorities. Although every effort was made to obtain accurate information Bernstein, Shur, Sawyer & Nelson will not be responsible for the absolute accuracy of this information, including the method of proration of taxes which appear on this statement. The rights and liabilities of the seller and buyer with respect to such charges is wholly determined by the agreement between them. In the event that such information proves to be inaccurate, the seller and buyer will make any necessary adjustments between themselves as to monies due or owing.

BUYER:
SANDY PINES CAMPING, LLC

By: _____
Print Name
Title

SELLER
SANDY PINES, LLC

By _____
Print Name
Title

LENDER
CAMDEN NATIONAL BANK

By: *Steven Fessenden*
      Steven Fessenden (Jul 28, 2026 14:21:51 EDT)
Print Name    Steven Fessenden
Title                Senior Vice President

|  |  |  |  |  |
|---|---|---|---|---|
| Operating Cash Reserve | | $150,000.00 | | |
| Flood Certification | | $29.00 | | |
| | Loan Fees | -$708,870.50 | Net Funded | |
| NET LOAN PROCEEDS | | | $ | 8,573,629.50 |

**INCOMING FUNDS:**

| | | |
|---|---|---|
| Monument Title Company (Deposit) | $ | 2,137,500.00 |
| Camden Camden National Bank (Loan Funds) | $ | 8,573,629.50 |
| Wire from Buyer | $ | 4,082,240.30 |
| Total | $ | 14,793,369.80 |

**DISBURSEMENTS**

| | | |
|---|---|---|
| Debtor In Possession Account | $ | 3,447,188.01 |
| Bangor Savings Bank | $ | 10,797,946.05 |
| Bernstein Shur, Sawyer & Nelson [Seller's Legal Fees] | | POC |
| BMG LLC | $ | 8,439.50 |
| Streamside Parks LLC | $ | 303,600.95 |
| Princeton Capital Group | $ | 92,625.00 |
| Sommer Jackson | $ | 5,525.00 |
| Blew and Associates PA | $ | 8,800.00 |
| Zoning Solutions [Zoning Certificate] | $ | 400.00 |
| Classic Title Co. [Title Insurance] | $ | 26,597.75 |
| Drummond Woodsum [Buyer's Legal Fees] | $ | 19,562.00 |
| Dickinson Wright PLLC [Buyer's Legal Fees] | $ | 62,024.50 |
| Jensen Baird [Lender's Legal Fees] | $ | 18,475.00 |
| Kennebunk, Kennebunkport & Wells Water District | $ | 5,515.24 |
| York County Registry of Deeds | $ | 120.00 |
| Monument Title Company | $ | 500.00 |
| Simplifile (E-Recording Fee) | $ | 17.25 |
| TOTAL CHECKS: | $ | 14,797,336.25 |

**Real Estate Taxes:**
Account No. 001806 RE
The property is identified on Tax Map/Lot: 032/001/003

| | | | | | |
|---|---|---|---|---|---|
| Real estate taxes for the period July 1, 2025-June 30, 2026 have been paid in full. | | | $ | 14,981.89 | |
| Tax proration: | $ 14,981.89 divided by | 365 days equals | $ | 41.05 | per day |
| July 15, 2026 - June 30, 2026 equals | | 28 days | $ | 1,149.30 | |

**Water Charges:**
Account #202011-0

| | | |
|---|---|---|
| The water district reports a past due amount of: | $ | 1,095.52 |
| The final meter reading on July 28, 2026 was 920360, equalling an amount due of: | $ | 4,419.72 |
| Total Amount Due | $ | 5,515.24 |

In order to complete the figures for the closing statement, it was necessary to obtain certain information concerning property taxes and other property related charges from municipal and/or other governmental authorities. Although every effort was made to obtain accurate information Bernstein, Shur, Sawyer & Nelson will not be responsible for the absolute accuracy of this information, including the method of proration of taxes which appear on this statement. The rights and liabilities of the seller and buyer with respect to such charges is wholly determined by the agreement between them. In the event that such information proves to be inaccurate, the seller and buyer will make any necessary adjustments between themselves as to monies due or owing.

BUYER:
SANDY PINES CAMPING, LLC

By: _____
Print Name
Title

SELLER:
SANDY PINES, LLC

By: *Valerie Gendron*
Print Name    Valerie Gendron
Title    CFO

LENDER:
CAMDEN NATIONAL BANK

By: _____
Print Name
Title