**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

|  |  |
|---|---|
| **In re:** | **Chapter 11** |
| **SANDY PINES, LLC,**[1] | **Case No. 26-20038** |
| **Debtor.** | |

**ORDER GRANTING FIRST AND FINAL APPLICATION FOR COMPENSATION FOR
CBRE, INC., HUNNEMAN COMMERCIAL REAL ESTATE, AND KEENAN AUCTION
COMPANY, INC. AS BROKERS TO THE DEBTOR FOR PERIOD OF
APRIL 6, 2026, THROUGH JUNE 10, 2026**

This matter having come before this Court on the *First and Final Application for Compensation for CBRE, Inc., Hunneman Commercial Real Estate, and Keenan Auction Company, Inc. as Brokers to the Debtor for the Period of April 6, 2026, through June 10, 2026* [Dkt. No. 173] (the "**Fee Application**"); and after sufficient notice having been provided; and with this Court having reviewed the Fee Application, it is hereby **ORDERED, ADJUDGED**, and **DECREED** as follows:

1. The Fee Application is **GRANTED** as set forth herein.

2. In relation to the Compensation Period,[2] the Brokers are allowed compensation for services to the Debtor in the amount of **$570,000.00**, which shall be allocated among the Brokers in accordance with the Retention Order.

3. The Debtor is authorized to disburse from the sale proceeds funds sufficient to pay the compensation allowed by this Order.

---

[1] The last four digits of Sandy Pines, LLC's federal taxpayer identification number are 6331, and its principal place of business is 2 Livewell Drive, Suite 201, Kennebunk, ME 04043.

[2] Capitalized terms used, but not defined herein, shall have the meaning ascribed to such terms in the Fee Application.

4.     The fees allowed herein are awarded on a final basis in accordance with the applicable sections of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and this Court's local rules.

Date:  August 4, 2026

_____
Michael A. Fagone
United States Bankruptcy Judge
District of Maine

United States Bankruptcy Court

District of Maine

In re:                                                                                          Case No. 26-20038-maf

Sandy Pines, LLC                                                                     Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0100-2                     User: admin                                    Page 1 of 2

Date Rcvd: Aug 04, 2026              Form ID: pdf901                            Total Noticed: 4

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sandy Pines, LLC, 2 Livewell Drive, Suite 201, Kennebunk, ME 04043-6763 |
| aty | + | Louis M. Ciavarra, Esq., Prince Lobel Tye LLP, One Mercantile Street, Suite 220, PO Box 15156 Worcester, MA 01615-0156 |
| cr | + | MutualOne Bank, Perkins Thompson, PA, 200 Middle Street, 9th Floor, PO Box 426, Portland, ME 04101 UNITED STATES 04112-0426 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: collections@sbsavings.bank | Aug 04 2026 20:15:00 | Saco Biddeford Savings Institution, 50 Industrial Park Road, Saco, ME 04072-1840 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2026                     Signature:              /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam R. Prescott, Esq. | on behalf of Debtor Sandy Pines  LLC aprescott@bernsteinshur.com, sbaker@bernsteinshur.com;kflynn@bernsteinshur.com;ekitchen@bernsteinshur.com;lunfricht@bernsteinshur.com;ltitus@bernsteinshur.com |
| Ann Marie Dirsa, Esq. | on behalf of U.S. Trustee Office of U.S. Trustee ann.marie.dirsa@usdoj.gov |

District/off: 0100-2 User: admin Page 2 of 2

Date Rcvd: Aug 04, 2026 Form ID: pdf901 Total Noticed: 4

Anthony J. Manhart, Esq.
on behalf of Creditor MutualOne Bank tmanhart@perkinsthompson.com
mlaverriere@perkinsthompson.com;amihalov@perkinsthompson.com;Manhart.AnthonyJ.B135091@notify.bestcase.com

Bodie B. Colwell, Esq.
on behalf of Creditor Bangor Savings Bank bcolwell@preti.com sbarrington@preti.com

Bridget S Dornbach
on behalf of Creditor Saco Biddeford Savings Institution bridgetdornbach@gmail.com

D. Sam Anderson, Esq.
on behalf of Debtor Sandy Pines LLC sanderson@bernsteinshur.com,
sbaker@bernsteinshur.com;kflynn@bernsteinshur.com;lunfricht@bernsteinshur.com;ekitchen@bernsteinshur.com;ltitus@bernsteinshur.com

Fred W. Bopp, III, Esq.
on behalf of Creditor MutualOne Bank fbopp@boppguecia.com bgadmin@boppguecia.com

George W. Tetler, III
on behalf of Creditor MutualOne Bank gtetler@princelobel.com ctibbetts@princelobel.com

Jeremy R Fischer
on behalf of Creditor Bangor Savings Bank jfischer@preti.com mperry@preti.com

Kellie W. Fisher, Esq.
on behalf of Interested Party Streamside Signature Acquisitions LLC kfisher@dwmlaw.com,
chunter@dwmlaw.com;mdwinal@dwmlaw.com

Mark W. Powers
on behalf of Creditor MutualOne Bank mpowers@princelobel.com

Micah A. Smart, Esq.
on behalf of Creditor Saco Biddeford Savings Institution msmart@sbsavings.bank kwillette@mpmlaw.com

Office of U.S. Trustee
ustpregion01.po.ecf@usdoj.gov

Sandra Nicholls, Esq.
on behalf of U.S. Trustee Office of U.S. Trustee sandra.nicholls@usdoj.gov

Shawn K. Doil, Esq.
on behalf of Creditor Saco Biddeford Savings Institution sdoil@verrill-law.com
lwaddell@verrill-law.com;lwaddell@ecf.courtdrive.com

TOTAL: 15